IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> and <br><br> THE STATE OF INDIANA, <br><br> Plaintiffs, <br> v. <br><br> SANITARY DISTRICT OF HAMMOND, INDIANA, <br><br> Defendant. | Civil Action No. 2:17-cv-00048 <br><br> Judge |

**NOTICE OF LODGING OF CONSENT DECREE**

The attached Consent Decree is hereby lodged with the Court during a period of public comment. *See* Attach. 1. Until the public comment period is complete, no action is required to be taken by the Court on the proposed Consent Decree.

Pursuant to 28 C.F.R. § 50.7, and as provided in Section XXII, Paragraph 118 of the Consent Decree, the Department of Justice will publish a notice of the lodging of the Consent Decree in the Federal Register. The public will have thirty (30) days from the date of publication in the Federal Register to submit comments to the United States Department of Justice concerning the Consent Decree.

The Court should not sign the proposed Consent Decree until the public has had an opportunity to comment and the United States has addressed those comments, if any. The United States may withhold its consent to the proposed Consent Decree if the comments disclose facts or considerations which indicate that the proposed Consent Decree is improper, inappropriate,

1

inadequate, or not in the public interest. At the conclusion of the public comment period, the United States will: (1) file with the Court any written comments received pertaining to the proposed Consent Decree; and (2) either notify the Court of its withdrawal of the proposed Consent Decree, or respond to comments received and request this Court to approve and enter the proposed Consent Decree.

Therefore, no action is required by the Court until the public comment period expires and the United States moves for entry of the Consent Decree.

Dated: February 3, 2017

Respectfully submitted,

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

By: /s/ Jennifer A. Lukas-Jackson
JENNIFER A. LUKAS-JACKSON
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-2332
jennifer.lukas-jackson@usdoj.gov

DAVID A. CAPP
United States Attorney
Northern District of Indiana

SHARON JEFFERSON
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Ste. 1500
Hammond, IN 46320
Tel: (219) 937-5681
sharon.jefferson2@usdoj.gov

2

OF COUNSEL:

NICOLE CANTELLO
Associate Regional Counsel
U.S. EPA Region 5
77 W. Jackson Blvd
Chicago, IL 60604
Tel: (312) 353-3114

SHUSHILA NANDA
Attorney Advisor
U.S. EPA Headquarters
Ariel Rios Building (2243A)
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
Tel: (202) 564-4026

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2017, a true and correct copy of the foregoing NOTICE OF LODGING OF CONSENT DECREE and attached CONSENT DECREE were filed with the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division using the Court's CM/ECF system. Notice of this Electronic Filing will be sent to all parties by operation of the Court's Electronic Filing System.

JENNIFER A. LUKAS-JACKSON
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-2332
jennifer.lukas-jackson@usdoj.gov