AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES AMERICA,
STATE OF INDIANA,

              Plaintiffs
  v.                      **Civil Action No.** 2:17cv48

THE SANITARY DISTRICT OF HAMMOND

              Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____.

_X_ Other:

Within sixty (60) Days after the Effective Date, HSD shall pay a civil penalty in the amount of Two Hundred and Twenty Five Thousand Dollars ($225,000) to the United States and Twenty Two Thousand, Five Hundred Dollars ($22,500) to the State for the violations alleged in the Complaint, together with interest from the Date of Lodging of this Decree, accruing at the rate specified in 28 U.S.C. § 1961 as of the Date of Lodging, of 1.10%.

Within sixty (60) Days after the Effective Date, HSD shall pay stipulated penalties in the amount of Three Hundred Thirteen Thousand, Five Hundred Dollars ($313,500) to the United States for alleged violations of the 1999 Decree, together with interest from the Date of Lodging of this Decree, accruing at the rate specified in 28 U.S.C. § 1961 as of the Date of Lodging, of 1.10%. In lieu of paying the State a stipulated penalty in the amount of Three Hundred Thirteen Thousand, Five Hundred Dollars ($313,500) for alleged violations of the 1999 Decree, plus interest, HSD shall construct and operate the Outfall 022 Disinfection System as provided in Paragraph 21 and Appendix E (Outfall 022 Disinfection System Implementation) of this Decree.

Late Payment and Stipulated Penalties as outlined in Consent Decree.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge James T. Moody on Plaintiff's Unopposed Joint Motion to Enter Consent Decree.

DATE:  May 9, 2017                              ROBERT N. TRGOVICH, CLERK OF COURT

                                                         By:  s/  L. Higgins-Conrad
                                                               *Signature of Deputy Clerk*